JUMP TO DOCKET TABLE

# U.S. District Court
# District of Maryland (Baltimore)
# CRIMINAL DOCKET FOR CASE #: 1:24−mj−00755−ADC−1

Case title: USA v. Mayo

Date Filed: 03/28/2024

Other court case number: 24−CR−40011−001 U.S. District Court − Central District of Illinois

---

Assigned to: Magistrate Judge A. David Copperthite

**Defendant (1)**

**Alonzo James Mayo** represented by **Dara Jackson−Garrett**
Office of the Federal Public Defender
100 S. Charles Street
Tower II, 9th Floor
Baltimore, MD 21201
410−962−3962
Fax: 410−962−3976
Email: Dara_Jackson−Garrett@fd.org
*ATTORNEY TO BE NOTICED*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Colleen Elizabeth McGuinn**
U.S. Attorney s Office − District of MD

(USA/FPD)
36 S. Charles Street
Baltimore, MD 21201
4102094823
Email: Colleen.McGuinn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/28/2024 | 1 | Rule 5(c)(3) Documents Received from the Central District of Illinois as to Alonzo James Mayo. (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/28/2024 | 2 | Initial Appearance in Rule 5(c)(3) Proceedings as to Alonzo James Mayo held on 3/28/2024 before Magistrate Judge A. David Copperthite.(FTR Gold; Telita Davis, Courtroom 7B.) (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/28/2024 | 3 | CJA 23 Financial Affidavit by Alonzo James Mayo (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/28/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Alonzo James Mayo. Signed by Magistrate Judge A. David Copperthite on 3/28/2024. (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/28/2024 | 5 | ORDER OF TEMPORARY DETENTION as to Alonzo James Mayo. Detention Hearing set for 4/3/2024 11:00 AM in Courtroom 7B, 101 West Lombard Street, Baltimore, Maryland 21201, before Magistrate Judge J. Mark Coulson.. Signed by Magistrate Judge A. David Copperthite on 3/28/2024. (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/28/2024 | 7 | ORDER pursuant to Fed R Crim P 5(f) and the Due Process Protections Act as to Alonzo James Mayo. Signed by Magistrate Judge A. David Copperthite on 3/28/2024. (td4s, Deputy Clerk) (Entered: 03/28/2024) |
| 03/29/2024 | | PAPERLESS NOTICE OF HEARING by U.S. Attorney's Office as to Alonzo James Mayo. PLEASE NOTE: Defendant is in custody. A writ has not been requested. A come up was requested on 3/29/2024. An interpreter will not be needed. Detention Hearing set for 4/3/2024 11:00 AM in Courtroom 7B, 101 West Lombard Street, Baltimore, Maryland 21201, before Magistrate Judge J. Mark Coulson.(McGuinn, Colleen) (Entered: 03/29/2024) |
| 04/01/2024 | 8 | −SEALED− MOTION to Seal by Alonzo James Mayo. (Attachments: # 1 Text of Proposed Order)(Jackson−Garrett, Dara) (Entered: 04/01/2024) |
| 04/01/2024 | 9 | **PROPOSED SEALED DOCUMENT** (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Jackson−Garrett, Dara) (Entered: 04/01/2024) |
| 04/02/2024 | 10 | **PROPOSED SEALED DOCUMENT** (McGuinn, Colleen) (Entered: 04/02/2024) |
| 04/02/2024 | 11 | NOTICE OF ATTORNEY APPEARANCE Colleen Elizabeth McGuinn appearing for USA.(McGuinn, Colleen) (Entered: 04/02/2024) |
| 04/03/2024 | 12 | MOTION to Amend/Correct 8 −SEALED− MOTION to Seal filed by Alonzo James Mayo by USA as to Alonzo James Mayo. (McGuinn, Colleen) (Entered: 04/03/2024) |

| | | |
|---|---|---|
| 04/03/2024 | 13 | Detention Hearing as to Alonzo James Mayo held on 4/3/2024 before Magistrate Judge Charles D. Austin.(FTR GOLD − K. McDonough & J. Klein − Courtroom 7B) (km13s, Deputy Clerk) (Entered: 04/03/2024) |
| 04/03/2024 | 14 | WAIVER of Rule 5(c)(3) Hearing by Alonzo James Mayo(km13s, Deputy Clerk) (Entered: 04/03/2024) |
| 04/03/2024 | 15 | ORDER OF DETENTION as to Alonzo James Mayo.. Signed by Magistrate Judge Charles D. Austin on 4/3/2024. (km13s, Deputy Clerk) (Entered: 04/03/2024) |
| 04/03/2024 | 16 | COMMITMENT TO ANOTHER DISTRICT as to Alonzo James Mayo. Defendant committed to Central District of Illinois.. Signed by Magistrate Judge Charles D. Austin on 4/3/2024. (km13s, Deputy Clerk) (Entered: 04/03/2024) |

AO 442 (Rev. 01/09) Arrest Warrant

✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED
12:03 pm, Mar 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY TTD Deputy

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

United States of America
v.
Alonzo James Mayo
17903 Subet Road
Windsor Mill, MD
*Defendant*

Case No. 24-CR-40011-001

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Alonzo James Mayo,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Sexual Exploitation of Children in violation of Title 18, United States Code, Sections 2251(a) and (e)
Count 2: Enticement of a Minor in violation of Title 18, United States Code, Sections 2422(b)
Count 3: Distribution of Child Pornography in violation of Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1)

Date: 02/21/2024

[signature]
*Issuing officer's signature*

City and state: Rock Island, Illinois

Shig Yasunaga, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/27/24, and the person was arrested on *(date)* 3/28/24
at *(city and state)* Windsor Mill, MD.

Date: 3/28/24

[signature]
*Arresting officer's signature*

Leslie Adamczyk, SA FBI
*Printed name and title*

FILED ENTERED
LOGGED RECEIVED
MAR 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Case No. 24-MJ-0755-ADC** |
| **ALONZO MAYO** | * | |

* * * * * *

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 28th day of March, 2024, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

A. David Copperthite
United States Magistrate Judge

FILED ENTERED
LOGGED RECEIVED

MAR 28 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA** *

**vs.** * **Case No.** 24-MJ-0755-ADC

**ALONZO MAYO** *

******

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for April 3, 2024 *(date)* at 11:00 AM *(time)* before J. Mark Coulson, United States Magistrate Judge, 101 West Lombard Street, Baltimore, Maryland 21201 Courtroom 7B.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (Defendant to be held at CDF) (Other Custodial Official) and produced for the hearing.

Date: March 28, 2024

A. David Copperthite
United States Magistrate Judge

FILED ENTERED
LOGGED RECEIVED

MAR 28 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**UNITED STATES OF AMERICA**

**v.** **Criminal No.** 24-MJ-0755-ADC

**ALONZO MAYO**
**Defendant.**

**ORDER PURSUANT TO Fed R. Crim. P. 5(f)**

As amended on October 21, 2020, Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020) require that:

"In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such an order under applicable law."

Accordingly, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady v. Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, vacating a conviction, or disciplinary action against the prosecution.

Having given counsel the oral admonition required by the Due Process Protections Act, the United States is ordered to produce in a timely manner all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so may result in the imposition of the sanctions referenced in this Order.

It is SO ORDERED.

Date: March 28, 2024

A. David Copperthite
United States Magistrate Judge

MIME-Version:1.0
From:MDD_CM-ECF_Filing@mdd.uscourts.gov
To:MDDdb_ECF@mdd.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge A. David Copperthite
(mdd_adcchambers@mdd.uscourts.gov)
--Non Case Participants: Probation Baltimore
(probbaltimore_clerks_office_docs@mdp.uscourts.gov), The Honorable J. Mark Coulson
(mdd_jmcchambers@mdd.uscourts.gov), USAO VNS Notice (usamd.vw-ecf@usdoj.gov), USMS
Baltimore Ops (usms.baltimoreops@usdoj.gov)
--No Notice Sent:

Message-Id:12007276@mdd.uscourts.gov
Subject:Activity in Case 1:24-mj-00755-ADC USA v. Mayo Notice of Hearing by U.S. Attorneys
Office
Content-Type: text/html

**U.S. District Court**

**District of Maryland**

## Notice of Electronic Filing

The following transaction was entered by McGuinn, Colleen on 3/29/2024 at 12:21 PM EDT and filed on 3/29/2024

| | |
|---|---|
| **Case Name:** | USA v. Mayo |
| **Case Number:** | 1:24-mj-00755-ADC |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**PAPERLESS NOTICE OF HEARING by U.S. Attorney's Office as to Alonzo James Mayo. PLEASE NOTE: Defendant is in custody. A writ has not been requested. A come up was requested on 3/29/2024. An interpreter will not be needed. Detention Hearing set for 4/3/2024 11:00 AM in Courtroom 7B, 101 West Lombard Street, Baltimore, Maryland 21201, before Magistrate Judge J. Mark Coulson.(McGuinn, Colleen)**

**1:24-mj-00755-ADC-1 Notice has been electronically mailed to:**

**1:24-mj-00755-ADC-1 Notice will not be electronically delivered to:**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 24-mj-755-ADC** |
| | * | |
| **ALONZO JAMES MAYO,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

*******

**<u>ENTRY OF APPEARANCE</u>**

Please enter the appearance of Colleen McGuinn, Assistant United States Attorney for the District of Maryland, as counsel on behalf of the United States.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/
Colleen McGuinn
Assistant United States Attorney
36 South Charles St., 4th Floor
Baltimore, Maryland 21201
Tel.: (410) 209-4800

FILED LOGGED ENTERED RECEIVED
APR 03 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the
District of Maryland

United States of America
v.
Alonzo James Mayo
*Defendant*

Case No. 24-MJ-755-ADC

Charging District's Case No. 24-CR-40011-001

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* United States District Court - Central District of Illinois.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing. (not waiving)

☑ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: April 3, 2024

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Dara Jackson-Garrett
*Printed name of defendant's attorney*

Case 1:24-mj-00755-ADC Document 17 Filed 04/04/24 Page 11 of 14

AO 472 (Rev. 11/16) Order of Detention Pending Trial

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED — LOGGED — ENTERED — RECEIVED
APR 03 2024
AT BALTIMORE CLERK, U.S. DISTRICT COURT DISTRICT OF MARYLAND
BY DEPUTY

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Alonzo James Mayo<br>*Defendant* | ) ) ) ) ) | Case No. 24-MJ-755-ADC |

## ORDER OF DETENTION PENDING TRIAL

### Part I - Eligibility for Detention

Upon the

☒ Motion of the Government attorney pursuant to 18 U.S.C. § 3142(f)(1), or
☒ Motion of the Government or Court's own motion pursuant to 18 U.S.C. § 3142(f)(2),

the Court held a detention hearing and found that detention is warranted. This order sets forth the Court's findings of fact and conclusions of law, as required by 18 U.S.C. § 3142(i), in addition to any other findings made at the hearing.

### Part II - Findings of Fact and Law as to Presumptions under § 3142(e)

☐ **A. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(2)** *(previous violator)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community because the following conditions have been met:

- ☐ **(1)** the defendant is charged with one of the following crimes described in 18 U.S.C. § 3142(f)(1):
  - ☐ **(a)** a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed; **or**
  - ☐ **(b)** an offense for which the maximum sentence is life imprisonment or death; **or**
  - ☐ **(c)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508); **or**
  - ☐ **(d)** any felony if such person has been convicted of two or more offenses described in subparagraphs (a) through (c) of this paragraph, or two or more State or local offenses that would have been offenses described in subparagraphs (a) through (c) of this paragraph if a circumstance giving rise to Federal jurisdiction had existed, or a combination of such offenses; **or**
  - ☐ **(e)** any felony that is not otherwise a crime of violence but involves: **(i)** a minor victim; **(ii)** the possession of a firearm or destructive device (as defined in 18 U.S.C. § 921); **(iii)** any other dangerous weapon; or **(iv)** a failure to register under 18 U.S.C. § 2250; ***and***
- ☐ **(2)** the defendant has previously been convicted of a Federal offense that is described in 18 U.S.C. § 3142(f)(1), or of a State or local offense that would have been such an offense if a circumstance giving rise to Federal jurisdiction had existed; ***and***
- ☐ **(3)** the offense described in paragraph (2) above for which the defendant has been convicted was committed while the defendant was on release pending trial for a Federal, State, or local offense; ***and***
- ☐ **(4)** a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for the offense described in paragraph (2) above, whichever is later.

☑ **B. Rebuttable Presumption Arises Under 18 U.S.C. § 3142(e)(3)** *(narcotics, firearm, other offenses)*: There is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community because there is probable cause to believe that the defendant committed one or more of the following offenses:

- ☐ **(1)** an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C. §§ 801-904), the Controlled Substances Import and Export Act (21 U.S.C. §§ 951-971), or Chapter 705 of Title 46, U.S.C. (46 U.S.C. §§ 70501-70508);
- ☐ **(2)** an offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b;
- ☐ **(3)** an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of 10 years or more is prescribed;
- ☐ **(4)** an offense under Chapter 77 of Title 18, U.S.C. (18 U.S.C. §§ 1581-1597) for which a maximum term of imprisonment of 20 years or more is prescribed; **or**
- ☑ **(5)** an offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1), 2252(a)(2), 2252(a)(3), 2252A(a)(1), 2252A(a)(2), 2252A(a)(3), 2252A(a)(4), 2260, 2421, 2422, 2423, or 2425.

☐ **C. Conclusions Regarding Applicability of Any Presumption Established Above**

☐ The defendant has not introduced sufficient evidence to rebut the presumption above, and detention is ordered on that basis. *(Part III need not be completed.)*

**OR**

☑ The defendant has presented evidence sufficient to rebut the presumption, but after considering the presumption and the other factors discussed below, detention is warranted.

**Part III - Analysis and Statement of the Reasons for Detention**

After considering the factors set forth in 18 U.S.C. § 3142(g) and the information presented at the detention hearing, the Court concludes that the defendant must be detained pending trial because the Government has proven:

☑ By clear and convincing evidence that no condition or combination of conditions of release will reasonably assure the safety of any other person and the community.

☐ By a preponderance of evidence that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required.

In addition to any findings made on the record at the hearing, the reasons for detention include the following:

- ☑ Weight of evidence against the defendant is strong
- ☑ Subject to lengthy period of incarceration if convicted
- ☐ Prior criminal history
- ☐ Participation in criminal activity while on probation, parole, or supervision
- ☐ History of violence or use of weapons
- ☐ History of alcohol or substance abuse
- ☐ Lack of stable employment
- ☐ Lack of stable residence
- ☐ Lack of financially responsible sureties
- ☐ Lack of significant community or family ties to this district

Case 1:24-mj-00755-ADC Document 17 Filed 04/04/24 Page 13 of 14

AO 472 (Rev. 11/16) Order of Detention Pending Trial

- ☐ Significant family or other ties outside the United States
- ☐ Lack of legal status in the United States
- ☐ Subject to removal or deportation after serving any period of incarceration
- ☐ Prior failure to appear in court as ordered
- ☐ Prior attempt(s) to evade law enforcement
- ☐ Use of alias(es) or false documents
- ☐ Background information unknown or unverified
- ☐ Prior violations of probation, parole, or supervised release

OTHER REASONS OR FURTHER EXPLANATION:

PTS recommendation of detention
Strength of evidence on charged conduct – messages, videos
Evidence of similar conduct in other states around same time (gov't proffer of ongoing investigation)
Offense involving year-long solicitation of and sexual contact w/ one minor (another uncharged)

**Part IV - Directions Regarding Detention**

The defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date: April 3, 2024

Charles D. Austin
United States Magistrate Judge

AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

FILED LOGGED ENTERED RECEIVED
APR 03 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.
Alonzo James Mayo
*Defendant*

Case No. 24-MJ-755-ADC

Charging District's Case No. 24-CR-4011-001

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Central District of Illinois.
The defendant may need an interpreter for this language: ________________.

The defendant: ☐ will retain an attorney.
☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: April 3, 2024

*Judge's signature*

Charles D. Austin, US Magistrate Judge
*Printed name and title*