CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES [X] DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER *(Specify below)*

IN THE CASE OF US v. Alonzo Mayo FOR D/MD

LOCATION NUMBER

FILED ENTERED LOGGED RECEIVED
MAR 28 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

PERSON REPRESENTED *(Show your full name)*

1 [X] Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge: Copperthite
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)* [X] Felony ☐ Misdemeanor

Sexual Exploitation Minor 18:2251(a)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**

Are you now employed? ☐ Yes [X] No ☐ Self-Employed

Name and address of employer:

IF YES, how much do you earn per month? $

IF NO, give month and year of last employment?
How much did you earn per month? $

If married, is your spouse employed? ☐ Yes ☐ No

IF YES, how much does your spouse earn per month? $

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes ☐ No

IF YES, give the amount received and identify the sources

| RECEIVED | SOURCES |
|---|---|
| $ | |
| $ | |
| $ 110,000.00 | gambling |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? ☐ Yes [X] No IF YES, total amount? $

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes [X] No

IF YES, give value and description for each

| VALUE | DESCRIPTION |
|---|---|
| $ | |
| $ | |
| $ | |
| $ | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
X Single
__ Married
__ Widowed
__ Separated or Divorced

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| | $ | $ |
| | $ | $ |
| Credit Card | $ | $ |
| | $ 2,800.00 | $ 290.00 |

I certify under penalty of perjury that the foregoing is true and correct.

s/ Alonzo Mayo

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*

3/28/24
Date