IN THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT OF
ILLINOIS AT PEORIA

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 24-CR-40011 |
|  | ) |  |
| ALONZO JAMES MAYO, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**AGREED MOTION FOR PROTECTIVE ORDER REGARDING
<u>USE OF PRETRIAL DISCOVERY MATERIALS</u>**

The United States of America, by its attorneys, and pursuant to Fed. R. Crim. P. 16(d) and 18 U.S.C. § 3771(a), hereby respectfully requests the entry of the attached protective order restricting the use of pretrial discovery materials in the above-captioned case.

1. On February 21, 2024, the grand jury returned an indictment against Alonzo Mayo charging him with sexual exploitation of children, enticement of a minor and distribution of child pornography in violation of 18 U.S.C. §§ 2251(a) and (e), 2422(b), 2252A(a)(2)(A), and (b)(1).

2. The United States, in compliance with the orders of this Court, its

legal obligations, and discovery policies has made pretrial discovery materials available for inspection by Defendant's counsel.

3. The discovery to be provided by the government in this case includes sensitive information, the unrestricted dissemination of which could adversely affect law enforcement interests.

4. The Defendant desires to obtain a copy of discovery materials, *i.e.*, those that are not covered by Rule 16, so that Defendant's attorney can review the materials on their own schedule and outside the protections of a Government office.

5. This Court has the authority to enter a protective order governing discovery. *See* Fed. R. Crim. P. 16(d)(1). The United States and the Defendant therefore request that this Court enter the attached proposed Protective Order to govern the production, handling, dissemination, and copying of the pretrial discovery materials that the government produces to the defense during the pendency of the above-captioned case.

6. The United States and counsel for the Defendant have conferred and reached an agreement with respect to the proposed Protective Order.

**WHEREFORE**, the undersigned respectfully request that this Court grant the agreed motion for protective order and enter the proposed order that accompanies this motion.

                                UNITED STATES OF AMERICA
                                GREGORY K. HARRIS
                                UNITED STATES
                                ATTORNEY

By:    */s/ Jennifer L. Mathew*
        Jennifer L. Mathew
        Assistant United States Attorney
        Office of the United States Attorney
        1830 2nd Avenue, Suite 250
        Rock Island, IL
        61201 309-793-5884

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, the undersigned caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all parties of record.

                                */s/ Jennifer L. Mathew*
                                Jennifer L. Mathew
                                Assistant United States Attorney
                                U.S Attorney's Office, CDIL
                                1830 Second Avenue, Suite
                                250 Rock Island, Illinois 61201